MADDOX, commissioner, *et al. v.* JACKSON BANKING COMPANY.

BECK, P. J. 1. The special demurrers to the petition were sufficiently met by amendment.

2. The court did not err in overruling the demurrer to the petition as amended, or in overruling the plea in abatement.

3. Under the facts in the record and the rulings in the cases of *Jackson Banking Co.* v. *Gaston,* 149 *Ga.* 31 (99 S. E. 30), and *Butts County* v. *Jackson Banking Co.,* 129 *Ga.* 801 (60 S. E. 149, 15 L. R. A. (N. S.) 567, 121 Am. St. R. 244), s. c. 136 *Ga.* 719 (71 S. E. 1065), the court did not err in rendering a judgment requiring the commissioner of roads and revenues to levy a special tax for the purposes stated, and in granting a mandamus absolute.

*Judgment affirmed. All the Justices concur.*

No. 7910. FEBRUARY 17, 1931.

*Joel B. Mallet* and *W. E. Watkins,* for plaintiffs in error.
*C. L. Redman,* contra.